# Third District Court of Appeal

## State of Florida

Opinion filed December 14, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-1381
Lower Tribunal Nos. 19-866-A-K, 19-649-A-K, 21-835-A-K

————————

**Chelsea Leto,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Monroe County, Mark Wilson, Judge.

Carlos J. Martinez, Public Defender, and Susan S. Lerner, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Christina L. Dominguez, Assistant Attorney General, for appellee.

Before LOGUE, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.